```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
_____
                                    :
JEROME LAMAR YOUNG,                 :
                                    :    No. 19-cv-14352 (NLH)
            Petitioner,             :
                                    :
      v.                            :    MEMORANDUM OPINION
                                    :
                                    :
JOHN POWELL,                        :
                                    :
            Respondent.             :
_____:
```

IT APPEARING THAT:

1.  Petitioner Jerome Lamar Young filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. ECF No. 1.

2.  On May 4, 2020, the Court's April 28, 2020 Order that had been mailed to Petitioner's address of record at South Woods State Prison in Bridgeton, New Jersey was returned as undeliverable. ECF No. 9.

3.  The Notice mailed to Petitioner's address of record has been returned to sender with the envelope marked "Return to Sender, Refused, Unable To Forward." <u>Id.</u> at 6. A stamp on the envelope indicated Petitioner was "no longer in custody" and had "max[ed] out 4-30-20." <u>Id.</u>

4.  Petitioner has not communicated with the Court regarding his new address, in violation of Local Civil Rule 10.1. <u>See</u> L. Civ. R. 10.1(a) ("Counsel and/or unrepresented

parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk.").

    5.    Based on Petitioner's failure to comply with Local Civil Rule 10.1, the Clerk of the Court will be ordered to administratively terminate this case.

    6.    Petitioner may reopen this matter by submitting his new contact information to the Court.

    7.    The Clerk shall be directed to reopen this matter upon receipt of Petitioner's new address.

    8.    An appropriate order follows.


Dated: September 23, 2020　　　　　s/ Noel L. Hillman
At Camden, New Jersey　　　　　　　NOEL L. HILLMAN, U.S.D.J.